**PRESTIGE LEGAL SOLUTIONS, P.C.**
Michelle Yang, Esq. (SBN 325467)
Andrea Plata, Esq. (SBN 343766)
6420 Wilshire Blvd., Suite 200
Los Angeles, California 90048
Telephone: (310) 933-6626
Facsimile: (310) 933-5821
Attorneys for Plaintiff
ANTONIO P. BRIZUELA

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
Mehgan Gallagher (SBN 338699)
12100 Wilshire Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO P. BRIZUELA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No.: 5:23-cv-01793-JGB-SHK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:　Hon. Jesus G. Bernal |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1  PLEASE TAKE NOTICE that Plaintiff Antonio P. Brizuela ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") (collectively the "Parties") have reached a settlement as to the underlying claims in the above-referenced matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 30 days.

IT IS SO STIPULATED.

Dated:   January 5, 2024      **PRESTIGE LEGAL SOLUTIONS, P.C.**

_/s/ Andrea Plata____
Michelle Yang
Andrea Plata
Attorneys for Plaintiff,
ANTONIO P. BRIZUELA

Dated:   January 5, 2024      **THETA LAW FIRM, LLP**

/s/ Mehgan Gallagher_
Mehgan Gallagher
Soheyl Tahsildoost
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Andrea Plata, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

THETA LAW FIRM, LLP



By: _____

MEHGAN GALLAGHER
Attorney for Defendant,
**MERCEDES-BENZ USA LLC**